## (April 22, 1942.)

In the Matter of the Application of WALTER LINDSEY BROWN for Admission to Practice as an Attorney and Counselor at Law. (From the State of West Virginia.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of MAX L. SHULMAN for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

## (April 27, 1942.)

BANKERS FEDERAL SAVINGS AND LOAN ASSOCIATION, Appellant, v. STEPHEN J. RUDD and MARIE V. RUDD, His Wife, Respondents.— In an action to foreclose a purchase-money mortgage for default in the payment of monthly installments of principal, interest and taxes, defendants counterclaimed for rescission and the cancellation of the bond and mortgage on the ground of fraud. The court dismissed the complaint and awarded defendants judgment on their counterclaim. Judgment reversed on the law and the facts, with costs, counterclaim dismissed, and judgment directed in favor of plaintiff, with costs. In our opinion there is no evidence of fraudulent representations on the part of plaintiff as to the condition of the premises. But even assuming that plaintiff made the representations of which defendants complain, there is no evidence that plaintiff concealed the true condition of the premises or prevented defendants from ascertaining the facts as to the condition of the premises. Furthermore, defendants are guilty of laches. They occupied the premises for more than four years, during which time they paid all the installments of principal and interest as they became due and did not assert their right to rescind until they were in default on the mortgage, although the evidence shows they must have known of the condition of the premises, of which they now complain, long before they elected to rescind. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

CATHERINE BRENNAN, Appellant, v. DESMOND T. BARRY, Defendant, and UNIVERSAL INDEMNITY INSURANCE COMPANY and LILLIE B. RAMSAY, Also Known as LILLIE B. RAMSEY, Also Known as LILLIAN SHAW, Respondents.— Order granting in part defendants' motion for a bill of particulars, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

FRANCES BURNS, Appellant, v. HENRY T. BURNS, Respondent.— Order dated March 9, 1942, adjudging plaintiff to be in contempt of court for violation of the provisions of a final decree of divorce, and resettled order dated March 14, 1942, denying plaintiff's cross-motion to punish defendant for contempt of court, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.